# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT PETTY,<br><br>                              Plaintiff,<br><br>     v.<br><br>ALEN CORPORATION,<br><br>                              Defendant. | Case No. 26-cv-1056-BAS-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME (ECF No. 12)** |

Presently before the Court is a joint motion for extension of time to file a response to Plaintiff's first amended class action complaint. (ECF No. 12.) The joint motion seeks a thirty (30) day extension to file a response. (*Id*.)

The joint motion states that the parties have started to engage in preliminary settlement discussions. (*Id*.) In order to better inform said discussions, the parties represent that they need additional time to gather and exchange information regarding testing for the products at issue. (*Id*.)

- 1 -

26cv1056

Upon review, the Court **GRANTS** the joint motion for extension of time. <u>Thus, Defendant's shall file a response on or before June 10, 2026.</u>

    **IT IS SO ORDERED.**

**DATED: May 11, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv1056